2269.  ATLANTIC COAST LINE RAILROAD CO. *v.* BRYANT.

HILL, C. J.  This case is fully controlled by the decision of this court this day rendered in the case of *Atlantic Coast Line Railroad Co.* v. *Bryant,* ante, 703 (67 S. E. 109).          *Judgment affirmed.*

Petition for removal of cause; from city court of Thomasville— Judge Hammond.    October 11, 1909.

Submitted December 21, 1909.—Decided May 11, 1910.

*Bennet & Branch,* for plaintiff in error.

*S. A. Roddenbery,* contra.